| | | | | |
|---|---|---|---|---|
| State v. Thurman | 107,332 | Denied | 07/21/2015 | Unpublished |
| State v. Timmerman | 108,045 | Denied | 07/28/2015 | Unpublished |
| State v. Tipton | 110,634 | Denied | 07/22/2015 | Unpublished |
| State v. Toro | 110,777 | Denied | 07/22/2015 | Unpublished |
| State v. Townsend | 110,570 | Denied | 07/22/2015 | Unpublished |
| State v. Travelbee | 110,348 | Denied | 07/24/2015 | Unpublished |
| State v. Turner | 112,401 | Denied | 09/14/2015 | Unpublished |
| State v. Turner | 111,558 | Denied | 09/23/2015 | Unpublished |
| State v. Vandorn | 109,640 | Denied | 06/30/2015 | Unpublished |
| State v. Varela-Velasquez | 110,912 | Denied | 08/20/2015 | Unpublished |
| State v. Vega | 110,616 | Denied | 10/09/2015 | Unpublished |
| State v. Villanueva | 111,146 | Denied | 09/14/2015 | Unpublished |
| State v. Wages | 110,910 | Denied | 08/20/2015 | Unpublished |
| State v. Wages | 111,260 | Denied | 09/23/2015 | Unpublished |
| State v. Waliallah | 111,214 | Denied | 08/20/2015 | Unpublished |
| State v. Walker | 109,379 | Denied | 10/07/2015 | 50 Kan. App. 2d 900 |
| State v. Waltrip | 110,407 | Denied | 10/09/2015 | Unpublished |
| State v. Watie | 112,380 | Denied | 10/09/2015 | Unpublished |
| State v. Watson | 110,703 110,704 110,705 | Denied | 07/21/2015 | Unpublished |
| State v. Wearren | 109,464 | Denied | 07/21/2015 | Unpublished |
| State v. Whatley | 110,414 | Denied | 07/27/2015 | Unpublished |
| State v. Wheeler | 111,245 | Denied | 10/07/2015 | Unpublished |
| State v. Whistler | 110,595 110,596 | Denied | 07/22/2015 | Unpublished |
| State v. White | 111,290 | Denied | 07/22/2015 | Unpublished |
| State v. White | 109,953 | Denied | 07/21/2015 | Unpublished |
| State v. Whittker | 107,627 | Denied | 07/27/2015 | Unpublished |
| State v. Wilkerson | 110,860 | Denied | 08/20/2015 | Unpublished |
| State v. Wilkins | 109,313 | Granted | 07/21/2015 | 50 Kan. App. 2d 1120 |
| State v. Willhite | 108,942 | Denied | 06/29/2015 | Unpublished |
| State v. Williams | 109,911 | Denied | 07/21/2015 | Unpublished |
| State v. Williams | 110,008 | Denied | 08/04/2015 | Unpublished |
| State v. Williams | 109,818 | Denied | 08/04/2015 | Unpublished |
| State v. Wilson | 110,943 | Denied | 10/09/2015 | Unpublished |
| State v. Wilson | 110,969 | Denied | 08/20/2015 | Unpublished |
| State v. Wilson | 111,263 | Denied | 08/20/2015 | Unpublished |
| State v. Windsor | 109,468 | Denied | 07/21/2015 | Unpublished |
| State v. Wines | 109,680 | Denied | 10/07/2015 | 50 Kan. App. 2d 817 |
| State v. Worley | 110,038 | Denied | 07/21/2015 | Unpublished |
| State v. Wright | 111,470 | Denied | 07/02/2015 | Unpublished |
| State v. Yarborough | 111,088 | Denied | 10/07/2015 | Unpublished |
| State v. Youngken | 111,291 | Denied | 07/02/2015 | Unpublished |